No. 00–6595. YOUNG v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–6600. MARSHALL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–6607. PHILLIPS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6608. McPHERSON v. DeLOACH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–6611. TAYLOR v. WATSON, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 00–6612. AKERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–6613. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6616. RAY v. HENDERSON, POSTMASTER GENERAL. C. A. 8th Cir. Certiorari denied.

No. 00–6618. JOHNSON v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–6620. CHISHOLM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6624. BRADLEY v. EVANS ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–6627. CHILES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–6628. PROCTOR v. SACCHET, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–6630. TURNEY v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 00–6631. YEAGER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6635. ALLISMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.